| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Alyssa N. Borgan** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–5220** <br> EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2 <br> (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  \_ \_ \_ \_ <br> EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court **Northern District of Illinois** | |
| Case number: **17–11031** | |

# Order of Discharge                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alyssa N. Borgan

July 10, 2017                                              **For the court:** Jeffrey P. Allsteadt, Clerk
                                                                              United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                           **Order of Discharge**                                           page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318             **Order of Discharge**                                page 2

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 17-11031-JSB
Alyssa N. Borgan                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 2              Date Rcvd: Jul 10, 2017
                              Form ID: 318             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2017.
db              #+Alyssa N. Borgan,    405 Le Grande Blvd.,   Aurora, IL 60506-5333
25525139         +Advocate Medical Group,    20110 Governors Highwat,    Olympia Fields, IL 60461-1088
25525140         +Arlington Ridge Pathology S.C.,    520 E. 22nd St.,    Lombard, IL 60148-6110
25525142          CB/VICSCRT (Victoria Secret),    PO Box 182128,   Columbus, OH 43218-2128
25525143         +Cepamerica Illinois, LLP,    PO Box 582663,   Modesto, CA 95358-0070
25525144          Chase,   JPMorgan Chase Bank,    PO Box 18364,   Columbus, OH 43218-3164
25525145         +Client Services, Inc.,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
25525148          GC Services,    Collection Agency Dept.,    PO Box 1389,    Copperas Cove, TX 76522-5389
25525153         +Harris & Harris, Ltd,    111 West Jackson Blvd,   Suite 400,    Chicago, IL 60604-4135
25525155         +Medical Business Bureau, LLC,    1175 Devin Drive, Suite 171,    Norton Shores, MI 49441-6079
25525156         +Medical Payment Data,    P.O. Box 9500,   Wilkes Barre, PA 18773-9500
25525157          Midwest Diagnostic Pathology, SC,    PO Box 578,   Park Ridge, IL 60068-0578
25525158        #+Mutual Managemtnt Svc.,    7177 Crimson Ridge Dr,    Suite 10,    Rockford, IL 61107-6235
25525159         +Navy Federal Credit Union,    525 Clark Ave., Bldg. 290,    Great Lakes, IL 60088-2612
25525160         +Northwest Community Hospital,    P.O. Box 5990,   Carol Stream, IL 60197-5990
25525161         +Northwest Radiology Associates,    520 E. 22nd St.,    Lombard, IL 60148-6110
25525162         +Northwest Sub. Anesthesia,    PO Box 88648,   Chicago, IL 60680-1648
25525164         +PNC Bank,   PO Box 3180,    Pittsburgh, PA 15230-3180
25525165          Quest Diagnostics,    Attn: Patient Billing,   1355 Mittl Boulevard,    Wood Dale, IL 60191-1024
25525168         +Stanislaus Credit Control,    914 14th St., POB 480,    Modesto, CA 95354-1011
25525173          Tricounty Emrg Physicians,    1600 High Street,   Pottstown, PA 19464

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25525141          EDI: WFNNB.COM Jul 11 2017 00:38:00      CB/Vctrssec,   PO Box 182789,    Columbus, OH 43218-2789
25525146          EDI: CRFRSTNA.COM Jul 11 2017 00:38:00      Credit First National Assoc.,    PO Box 81315,
                  Cleveland, OH 44181-0315
25525147          EDI: CRFRSTNA.COM Jul 11 2017 00:38:00      Firestone,   Credit First N.A.,    PO Box 81344,
                  Cleveland, OH 44188-0344
25525150         +EDI: RMSC.COM Jul 11 2017 00:38:00      GECRB/JC Penneys,    PO Box 965007,
                  Orlando, FL 32896-5007
25525149         +EDI: RMSC.COM Jul 11 2017 00:38:00      GECRB/JC Penneys,    PO Box 981402,
                  El Paso, TX 79998-1402
25525152          EDI: RMSC.COM Jul 11 2017 00:38:00      GECRB/JCP,    PO Box 984100,   El Paso, TX 79998
25525151          EDI: RMSC.COM Jul 11 2017 00:38:00      GECRB/Jcp,    PO Box 960090,   Orlando, FL 32896-0090
25525154          EDI: JEFFERSONCAP.COM Jul 11 2017 00:39:00      Jeffersncp (Jefferson Capital Syste,
                  16 McLeland Rd.,    Saint Cloud, MN 56303
25525166          EDI: NEXTEL.COM Jul 11 2017 00:38:00      Sprint,   PO Box 4191,    Carol Stream, IL 60197-4191
25525167          EDI: NEXTEL.COM Jul 11 2017 00:38:00      Sprint Corp.,   Attn: Bankruptcy Dept.,    PO Box 7949,
                  Overland Park, KS 66207-0949
25525169          EDI: RMSC.COM Jul 11 2017 00:38:00      SYNCB/JC PENNEY DC,    PO Box 965007,
                  Orlando, FL 32896-5007
25525170          EDI: RMSC.COM Jul 11 2017 00:38:00      SYNCB/JC Penney DC,    PO Box  965036,
                  Orlando, FL 32896-5036
25525171          EDI: RMSC.COM Jul 11 2017 00:38:00      SYNCB/JC Penneys,    PO Box  965036,
                  Orlando, FL 32896-5036
25528878         +EDI: RMSC.COM Jul 11 2017 00:38:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
25525172          EDI: WFNNB.COM Jul 11 2017 00:38:00      The Buckle,   PO Box 182273,    Attn: Customer Service,
                  Columbus, OH 43218-2273
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25525163       ##Palmer, Reifler & Associates, PA,   Attorney's at Law,   1900 Summit Tower Blvd, Suite 820,
                 Orlando, FL 32810-5951
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: admin                Page 2 of 2                  Date Rcvd: Jul 10, 2017
                               Form ID: 318               Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2017 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Alyssa N. Borgan davidsiegelbk@gmail.com,
               davidmsiegel@hotmail.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;IL85@ecfcbis.com;iprice@springerbrown.com
                                                                                             TOTAL: 3
```